DANE W. EXNOWSKI, #281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
BK.CA@mccalla.com

Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re

Henry Garcia,

        Debtor.

Bankruptcy Case No. **1:17-bk-12567-MB**

Chapter 11

**STIPULATION RE: CHAPTER 11 PLAN TREATMENT**

Confirmation Hearing:
Date: 5/08/2018
Time: 1:30 p.m.
Place: 303

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR AND DEBTOR-IN-POSSESSION, COUNSEL FOR DEBTOR-IN-POSSESSION, AND ANY OTHER INTERESTED PARTIES:

    Wells Fargo Bank, N.A. ("Secured Creditor") and Henry Garcia, Debtor and Debtor-in Possession, ("Debtor") by and through their respective attorneys of record, hereby stipulate as follows:

    IT IS HEREBY STIPULATED:

    1. Secured Creditor holds a note dated 8/16/2006 made by Henry Garcia in the original principal amount of $637,000 that is secured by a first priority deed of trust on the real property commonly described as 4901 Winnetka Ave, Woodland Hills, CA 91364-4743 (the "Property"), document recording number 06 1869802.

2. With respect to the above mentioned note and deed of trust, Secured Creditor filed its secured proof of claim as claim number 3-1 in the amount of $876,009.54 as of the date of the petition (the "Claim").

3. The parties hereto agree that Secured Creditor's Claim shall be modified as follows: Secured Creditor shall have a secured claim against the Property in the amount of $890,526.72 (the "Secured Claim"). The Secured Claim shall be amortized over 360 months at a fixed rate of interest at 5.25% per annum via equal monthly principal and interest payments in the amount of $4,917.52 each. Debtor will commence the foregoing monthly payments to Secured Creditor on June 1, 2018 and shall continue thereafter on the first of each month in accordance with the terms herein for 360 months. The maturity date is May 1, 2048 and maturity, including the effect thereof, remains governed by the subject note and security instrument and is otherwise unmodified. The foregoing payments must be received within any grace period as provided by the note and any effect of late payment is governed by the subject note and security instrument.

4. Property Taxes and Insurance. The Claim shall remain escrowed for payment of property taxes and insurance and the note and/or deed of trust provisions governing the same shall remain in full force and effect. The amount of escrow is subject to change and shall be in addition to the payments described in section 3, above.

5. Default: Secured Creditor may provide Debtor notice of any default related to the Stipulation or otherwise under the subject note or security instrument in accordance with the Note and Deed of Trust, and applicable state law, and/or proceed with all its remedies under the terms of the Note and Deed of Trust, and applicable state and federal law, including but not limited to foreclosure of the subject property, without further notice, order, or proceeding of this Court; the stay of 11 U.S.C. § 362(a) shall be terminated in its entirety as to Secured Creditor and the Property upon confirmation of Debtor's plan.

6. Except as otherwise expressly provided herein, all remaining terms of the subject note and deed of trust shall govern the treatment of Secured Creditor's Secured Claim and shall remain unchanged and unmodified.

7. At the request of Secured Creditor, the Debtor shall execute such documents and instruments as are necessary with respect to this stipulation.

8. The terms of this Stipulation may not be modified, altered, or changed by the Debtor's Chapter 11 Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan and confirmation order thereon without Secured Creditor's express written consent. The terms of this stipulation shall be incorporated into the Debtor's Chapter 11 Plan and/or any subsequently filed Amended Chapter 11 Plan. In the event of a conflict between a provision of this Stipulation and any provision of Debtor's Chapter 11 Plan or any amendments of modifications thereto, the terms of this Stipulation shall control. To the extent necessary, the terms of this stipulation shall be automatically incorporated into any plan or amended plan.

9. This stipulation is contingent upon Debtor obtaining confirmation of a chapter 11 plan. Should the Debtor fail to obtain confirmation of a chapter 11 plan and the case be dismissed or closed without confirmation, then the terms of this stipulation shall automatically be rescinded and void ab initio.

10. In the event the case is dismissed or converted, the terms of the stipulation shall be deemed rescinded and void ab initio notwithstanding confirmation of any plan.

11. Should there be a sale, transfer, or refinance of the property, the loan shall be paid in full per the contractual terms at origination notwithstanding this stipulation and/or confirmation of any plan unless court approval is obtained.

**SO STIPULATED:**

Dated: May 7, 2018

Onyinye Anyama
Attorney for Debtor and Debtor-Possession

Dated: 5/7/2018

Dane W. Exnowski
Attorney for Secured Creditor

STIPULATION RE: CH 11 PLAN TREATMENT                    3

| | |
|---|---|
| In re:<br>**Henry Garcia**<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **1:17-bk-12567-MB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18000 Studebaker Road**
**Suite 325**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE: CHAPTER 11 TREATMENT** **;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/7/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Onyinye N Anyama on behalf of Debtor Henry Garcia**
**onyi@anyamalaw.com, anyamainfo@gmail.com;info_anyama@ecf.courtdrive.com**

**Matthew R. Clark, III on behalf of Creditor Deutsche Bank National Trust Company**
**bankruptcyecfs@gmail.com, mclark@ecf.courtdrive.com**

**Theron S Covey on behalf of Creditor Deutsche Bank National Trust Company**
**tcovey@rasflaw.com, CAECF@tblaw.com**

**Dane W Exnowski on behalf of Creditor WELLS FARGO BANK, N. A.**
**dane.exnowski@mcalla.com, bk.ca@mcalla.com**

**Dane W Exnowski on behalf of Creditor Wells Fargo Bank, N.A.**
**dane.exnowski@mcalla.com, bk.ca@mcalla.com**

**Sean C Ferry on behalf of Creditor Deutsche Bank National Trust Company**
**sferry@ecf.courtdrive.com, bkyecf@rasflaw.com**

**Mohammed Lala on behalf of Creditor Capital One Auto Finance, a divison of Capital One, N.A. c/o AIS Portfolio Services, LP**
**mohammed.lala@aissolution.com**

**United States Trustee (SV)**
**ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **5/7/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Secured and Twenty Largest Unsecured Creditors
  Judge's Copy-Hon. Martin Barash-21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012* **9013-3.1.PROOF.SERVICE**

| In re:<br>**Henry Garcia**<br>Debtor(s). | CHAPTER **11**<br>CASE NUMBER **1:17-bk-12567-MB** |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 7, 2018** | **Elizabeth Cruz** | *E. C.* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9013-3.1**

**Debtors**
Henry Garcia
8353 Cedros Ave Apt 120
Panorama City, CA 91402

**Debtors Attorney**
Onyinye N. Anyama
Anyama Law Firm, A Professional Corporation
18000 Studebaker Road,
Suite 325
Cerritos, CA 90703

**Attorney for Trustee:**
Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90071

**Secured Creditors (via Priority/Certified mail)**
Attorney for Wells Fargo Home Mortgage
Dane Exnowski
Buckley Madole
 301 E. Ocean Blvd, Suite 1720
Long Beach, CA 90802

Attorney for Ocwen Loan Servicing, LLC
Theron S. Covey
Robertson, Anschutz, & Schneid, P.L.
11622 El Camino Real, Suite 100
San Diego, CA 92130

Corporation Service Company Which Will Do
Business In California As Csc - Lawyers
Wells Fargo Home Mortgage
Incorporating Service
2710 Gateway Oaks Dr Ste 150n
Sacramento Ca 95833

Wells Fargo Bank, National Association
Attn: Bankruptcy Department
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Home Mortgage
P.O Box 14411
Des Moines, Ia 50306

Corporation Service Company Which Will Do
Business In California
As Csc - Lawyers Incorporating Service
Ocwen Loan Servicing, LLC
1661 Worthington Rd Ste 100
West Palm Beach Fl 33409

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826

Capital One Auto Finance
3901 Dallas Pkwy
Plano, TX 75093

**Twenty Largest Unsecured Creditors**
**(Note this category also contains all general**
**unsecured creditors) – (Priority mail)**
County Of Los Angeles
5770 S Eastern Ave
Commerce, CA 90040

Gates, Kingsley & Gates Praiswater
6909 Canoga Ave
Canoga Park, CA 91303

Sears/cbna
Po Box 6283
Sioux Falls, SD 57117